UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OANH THI KIM LE,

                                    Petitioner,

v.

CHRISTOPHER LaROSE; GREGORY
ARCHAMBEAULT; MARKWAYNE
MULLIN; TODD BLANCHE; and
TODD M. LYONS,

                                    Respondents.

Case No.: 26-cv-2870-JES-SBC

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

**[ECF No. 6]**

Before the Court is Petitioner Oanh Thi Kim Le's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on May 6, 2026. ECF No. 1. Petitioner, a native of Vietnam, alleges that she was granted withholding of removal on October 7, 2025. *Id.* ¶¶ 21, 24. Petitioner alleges that since, there have been no successful attempts to remove her to a third country. *Id.* ¶ 25. Under *Zadvydas v. Davis*, 533 U.S. 678 (2001), Petitioner states that the presumptive valid six months period of removal has ended and Petitioner alleges that there is still no likelihood of removal to a third country in the foreseeable future. *Id.* Thus, Petitioner argues that she is entitled to release under *Zadvydas*.

Pursuant to the Court's Order to Show Cause (ECF No. 2), Respondents filed a return to the petition, stating that "[d]espite the efforts of ICE ERO to identify a third

1

country post final removal order, a third country has not been identified for removal of the Petitioner." ECF No. 4 at 1. Thus, they acknowledge that Petitioner is entitled to be released from custody subject to conditions of supervision at this time. *Id.*

Accordingly, the Court **GRANTS** the Petition.  Respondents are **ORDERED** to immediately release Petitioner from custody, subject to reasonable conditions of supervision. The Parties are **ORDERED** to file a Joint Status Report no later than **5:00 p.m.** on **May 18, 2026**, confirming that the Petitioner has been released. The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 13, 2026

Honorable James E. Simmons Jr.
United States District Judge